

IN THE
TENTH COURT OF APPEALS

No. 10-12-00288-CV

IN RE MEGAN DODSON

Original Proceeding

MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied. Relator's motion for emergency stay is dismissed as moot.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 8, 2012
[OT06]